JAMES HUNT MILLER (CA BAR # 135160)
P.O. Box 10891
OAKLAND CA 94610
P:(510) 451-2132
F:(510) 451-0824
e:jim_miller0@yahoo.com

*E-FILED 3/25/08*

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF CALIFORNIA

Nancy McCaa,

    Plaintiff,

vs.

Commissioner of
Social Security,

    Defendant.

No. C 07-05322 RS

PLAINTIFF'S UNOPPOSED MOTION
AND ~~PROPOSED~~ ORDER
FOR EXTENSION OF TIME
TO FILE MOTION

(no hearing; social security case)

Plaintiff hereby requests a 30-day extension, or until April 23, 2008, in which to file her motion for summary judgment and/or remand.[1]  This is Plaintiff's first request for an extension.

**Counsel for Defendant today has stated to Plaintiff's Counsel that Defendant had or would have no objection**.

RESPECTFULLY SUBMITTED on this 24th day of March 2008.

/s/
James Hunt Miller, Attorney for Plaintiff Ms. McCaa

---

[1] Pursuant to the procedural order (30 days after service), and F.R.Civ.P. 6(e) (three days), the motion was due today, 33 days after January 25, 2008, the date the administrative transcript of records was put in the mail to Plaintiff.

*mot extn – McCaa v. SSA C 07-05322*     1

1 | ORDER (~~Proposed~~).

2 | Pursuant to Plaintiff's unopposed motion for a 30-day lengthening of time in
3 | which to comply with the Procedural Order for Social Security Review Actions by
4 | filing a motion for summary judgment and/or remand - It Is Hereby Ordered That
5 | Plaintiff is given until April 23, 2008 in which to file.

6 | DATED: 3/24/08

_____
UNITED STATES MAGISTRATE JUDGE

*mot extn – McCaa v. SSA C 07-05322*