JAMES HUNT MILLER (CA BAR # 135160)
P.O. Box 10891
OAKLAND CA 94610
P:(510) 451-2132
F:(510) 451-0824
e:jim_miller0@yahoo.com

*E-FILED 8/25/08*

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Nancy McCaa,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>Michael J. Astrue,<br>COMMISSIONER OF the SOCIAL<br>SECURITY ADMINISTRATION,<br><br>　　　　Defendant. | No. 5:07-cv-05322-RS<br><br>MOTION AND ~~PROPOSED~~<br>ORDER FOR EXTENSION OF<br>TIME TO FILE PLAINTIFF'S<br>OPTIONAL REPLY<br><br>(no hearing) |

MOTION.

Plaintiff moves the Court for an extension of time in which to file Plaintiff's optional Reply. Pursuant to the filing of Defendant's Cross-motion on July 28, 2008, the reply was to have been filed fourteen plus three days later, or by August 14, 2008. Plaintiff seeks a fourteen-day extension. This is Plaintiff's first extension for this filing; the extension is needed to allow time for replying to an extensive and long cross-motion. This extension will not affect any filing dates for Defendant.

Defendant's Counsel Ms. Ryan has related that Defendant will/would not object to this extension. Plaintiff submits and requests that no hearing is necessary in this motion, as is usual in Social Security litigation (per the procedural order), and also because Defendant does not oppose the extension.

RESPECTFULLY SUBMITTED on this 22nd day of August, 2008.

/s/
James Hunt Miller, Attorney for Plaintiff Ms. McCaa

ORDER (PROPOSED)

PURSUANT TO PLAINTIFF'S MOTION, IT IS ORDERED that Plaintiff may have a 14-day extension, or until August 28, 2008, in which to file the reply.

DATE: 8/25/08

United States Magistrate Judge