JAMES HUNT MILLER (CA BAR # 135160)
P.O. Box 10891
OAKLAND CA 94610
P:(510) 451-2132
F:(510) 451-0824          *E-FILED 8/29/08*
e:jim_miller0@yahoo.com

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF CALIFORNIA

Nancy McCaa,                              )
                                          )
    Plaintiff,                            )   No. 5:07-cv-05322-RS
                                          )
    vs.                                   )
                                          )   MOTION AND ~~PROPOSED~~
Michael J. Astrue,                        )   ORDER FOR EXTENSION OF
COMMISSIONER of the SOCIAL                )   TIME TO FILE PLAINTIFF'S
SECURITY ADMINISTRATION,                  )   OPTIONAL REPLY
                                          )
    Defendant.                            )   (no hearing)
_____)

<u>MOTION</u>.

Plaintiff moves the Court for an extension of time in which to file Plaintiff's optional Reply and complete submission of the case for decision. Pursuant to a previous extension, the reply was to have been filed by today, August 28, 2008. Plaintiff seeks a seven-day extension, or until September 4, 2008. This is Plaintiff's second extension for this filing; the extension is needed because of the unexpected amount of time needed for replying in regard to complex issues. This extension will not affect any filing dates for Defendant.

Plaintiff submits and requests that no hearing is necessary in this motion, as is usual in Social Security litigation (per the procedural order), and also because Defendant would not be harmed by the extension and Defendant's scheduling is not

1  affected.

2      RESPECTFULLY SUBMITTED on this 28th day of August, 2008.

4      /s/
    James Hunt Miller, Attorney for Plaintiff Ms. McCaa

6    ORDER (PROPOSED)

7      PURSUANT TO PLAINTIFF'S MOTION, IT IS ORDERED that Plaintiff may

8  have a 7-day extension, or until September 4, 2008, in which to file the reply.

10  DATE: August 29, 2008      [signature]
    United States Magistrate Judge